**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Collins Kusi SAKYI, a/k/a CK, a/k/a
Kwame Kusi, a/k/a Quan,
Defendant—Appellant.**

**No. 08–6483.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 20, 2008.

Collins Kusi Sakyi, Appellant Pro Se.
Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Collins Kusi Sakyi seeks to appeal the district's order denying his motion for appointment of counsel and motion for extension of time in which to file a motion under 28 U.S.C. § 2255. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sakyi seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*